# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1272
Lower Tribunal Nos. F20-6410, F20-6588, F20-6647

————————————

**Stephen Rolle,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Stephen Rolle, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.